IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLENE MEIER,

                      Plaintiff,                                  ORDER

     v.                                                             14-cv-828-wmc

PERKINS & MARIE CALLENDER'S LLC,

                      Defendant.

---

In response to this court's order requiring plaintiff to file an amended complaint containing allegations sufficient to establish defendant's citizenship, plaintiff wholly disregarded this court's instruction that the citizenship of a limited liability company (or LLC) -- which is the business form of the defendant -- is the citizenship of each of its members. (Am. Compl. (dkt. #5) ¶ 1(b).) Instead, in the amended complaint, plaintiff again incorrectly treats defendant as a corporation, and even then fails to allege defendant's state of incorporation. (*Id.*) Accordingly,

    IT IS ORDERED that this case is dismissed for lack of subject matter jurisdiction.

    Entered this 17th day of December, 2014.

                                          BY THE COURT:

                                          WILLIAM M. CONLEY
                                          District Judge