IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLENE MEIER,

        Plaintiff,                  JUDGMENT IN A CIVIL CASE

v.                                Case No. 14-cv-828-wmc

PERKINS & MARIE CALLENDER'S, LLC,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Perkins & Marie Callender's, LLC against plaintiff Charlene Meier dismissing this case for lack of subject matter jurisdiction.


    _____s/ A. Wiseman, Deputy Clerk_____        ____December 19, 2014____
        Peter Oppeneer, Clerk of Court                        Date